## KICKLIGHTER, trustee, *v.* LITTLE & CLARK.

105  500
Case 2
114  762

LUMPKIN, P. J.   Though the judge read to the jury a section of the code which was not precisely applicable to the questions involved, a new trial will not be granted when it appears that the reading of this section was not really prejudicial to the complaining party, that the

charge as a whole fairly submitted to the jury the issues upon which they were to pass, and that the verdict rendered was fully warranted by the evidence and apparently in accord with the truth and justice of the case. .   *Judgment affirmed.   All the Justices concurring.*

Submitted May 23, — Decided June 8, 1898.

Levy and claim.   Before H. B. Strange, judge pro hac vice. Jefferson superior court.   November term, 1896.

*Hudson & Wright* and *W. H. & E. R. Black,* for plaintiff in error.   *Phillips & Phillips,* contra.

